**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, DC 20001**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 18-cr-00053-KBJ-3 |
| **FERHAN PATEL,** | : |
| Defendant. | : |

TO: ANGELA CAESAR, CLERK

JAMES M. TRUSTY FILES THIS NOTICE OF LIMITED APPEARANCE ON BEHALF OF FERHAN PATEL, PETITIONER, FOR THE LIMITED PURPOSE OF PETITIONER'S UPCOMING DETENTION HEARING.

I AM APPEARING IN THIS ACTION AS:
☐   CJA          ☒   RETAINED          ☐   FEDERAL PUBLIC DEFENDER

_____
James M. Trusty 198359
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
202-524-4176