# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 18-cr-053 (KBJ) |
| ) | |
| MH PILLARS LTD., ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties appeared before this Court for arraignment as to defendants Firoz Patel and MH Pillars, Ltd., and for a status conference as to defendant Ferhan Patel on January 15, 2019.  During the status conference, the Court found that it was in the interests of justice to exclude from the Speedy Trial Act calculation the time between the status conference of January 15, 2019, and the status conference scheduled for May 9, 2019, based on the volume of discovery just disclosed to the newly arraigned defendants and counsels' representations regarding the need for additional time to exchange and review discovery in this case.  *See* 18 U.S.C. § 3161(h)(6).  Accordingly, it is hereby

**ORDERED** that the period from January 15, 2019, through May 9, 2019, inclusive, is excluded from the Speedy Trial calculation, insofar as the resulting delay fulfills the ends of justice.

Date:  January 15, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge