**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 18-cr-00053-KBJ |
| **MH PILLARS LTD.** *et al.*, | |
| **Defendants.** | |

**DEFENDANTS' UNOPPOSED MOTION FOR CLARIFICATION
REGARDING CONDITIONS OF PRETRIAL RELEASE**

Defendants Firoz Patel and Ferhan Patel, by and through their respective counsel, move this Court for an order clarifying that Defendants are approved for travel to the United States for their respective court appearances, including their appearance at the status conference currently scheduled for Thursday, May 9, 2019, at 10:30 a.m.

By order dated May 15, 2018, this Court released Defendant Ferhan Patel on his personal recognizance and subject to certain conditions of release. Order, ECF No. 19. One such condition prohibits Mr. Patel from "travel[ing] outside of N[ew ]Y[ork] without court approval." *Id.* By order dated February 1, 2019, this Court modified Mr. Ferhan Patel's conditions of release. Order, ECF No. 52. The modification order states that Mr. Patel must "appear in court as required" and must obtain "[c]ourt approval to travel outside of Canada, other than court hearings." *Id.* at 2 (emphasis added).

Similarly, by order dated January 15, 2019, Defendant Firoz Patel was released on his personal recognizance. Order, ECF No. 49. His conditions of release state that he must "appear in court as required" and must obtain "[c]ourt approval . . . for all travel outside Canada. *Id.* at 2.

Pretrial Services Agency ("PSA's") has informed Defendants that they must obtain the Court's prior approval before traveling to the United States for their respective court appearances in this case. PSA's understanding of the release conditions cannot be squared with the explicit language in Mr. Ferhan Patel's modification order. Defendants therefore request that this Court issue an order clarifying that, under their modified conditions of release, both Defendants are approved for travel to the United States as necessary for their attendance at all scheduled hearings, trials, or otherwise as directed by the Court. The next hearing scheduled in this case is the status conference set for May 9th at 10:30 a.m.

On April 29, 2019, the undersigned contacted AUSA Zia Faruqi, who indicated that the Government does not oppose Defendants' motion or the requested relief.

Dated: May 2, 2019

Respectfully submitted,

*/s/ James M. Trusty*
A. Jeff Ifrah (Bar No. 456661)
jeff@ifrahlaw.com
James M. Trusty (Bar No. 198359)
jtrusty@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
(202) 524-4140 – Tel.
(202) 524-4141 – Fax

*Counsel for Defendant Ferhan Patel*


*/s/ Danny C. Onorato*
Danny C. Onorato (Bar No. 480043)
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500
Washington, DC 20001
(202) 628-4199
donorato@schertlerlaw.com

*Counsel for Defendant Firoz Patel*